```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CANDY L. JONES,                  )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )         1:05cv805-T
                                 )            (WO)
HOUSTON COUNTY, et al.,          )
                                 )
     Defendants.                 )
```

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, an inmate, filed this lawsuit challenging actions taken in criminal proceedings.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 31st day of October, 2005.**

　　　　　　　　　　　　　　　 **/s/ Myron H. Thompson**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**