IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANDY L. JONES,    ) | |
|     ) | |
|    Plaintiff,    ) | |
|     )   | CIVIL ACTION NO. |
|    v.    )   | 1:05cv805-T |
|     )   | (WO) |
| HOUSTON COUNTY, et al.,    ) | |
|     ) | |
|    Defendants.    ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 6) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of October, 2005.


　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE